AO 247 (02/08)  Order Regarding Motion for Sentence Reduction　　　　　　　　　　　　　　　　　　　　　　　　AOM/jw

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSI[PPI]

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 16 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ARTHUR LEE CHAMPION | ) | Case No: 3:96cr39WN-001 |
| | ) | USM No: 04303-043 |
| Date of Previous Judgment: 10/04/1996 | ) | George Lucas, Federal Public Defender's Office |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __210 months__ months **is reduced to** __168 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __37__　　　　　　　　　Amended Offense Level: __35__
Criminal History Category: __I__　　　　　　　　Criminal History Category: __I__
Previous Guideline Range: __210__ to __262__ months　　Amended Guideline Range: __168__ to __210__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
If this sentence is less than the amount of time the defendant has served, defendant's sentence is TIME SERVED.

Except as provided above, all provisions of the judgment dated __10/04/1996__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/17/2008__　　　　　　　　　　　　　_/s/ Henry T. Wingate_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge's signature

Effective Date: __03/27/2008__　　　　　　　　　　　Henry T. Wingate, Chief U.S. District Judge
(if different from order date)　　　　　　　　　　　　　Printed name and title